IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

HOMER ALLEN, JR.                    )
                                    )
V.                                  )          3-06-CV-2373-K
                                    )
BOARD OF PARDONS AND                )
PAROLES, et al.                     )


ORDER ACCEPTING FINDINGS, CONCLUSIONS AND
RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge William F. Sanderson, Jr.,  made findings,

conclusions and a recommendation in this case.  No objections were filed.  The

District Court reviewed the proposed findings, conclusions and recommendation for

plain error.  Finding none, the Court accepts the Findings, Conclusions and

Recommendation of the United States Magistrate Judge.

SO ORDERED.

Signed this 1st day of May, 2007.


_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE